IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Cynthia J. Daniels, | ) | C/A No. 1:15-4371-JMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ASCO Numatics, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, who is represented by counsel, filed this matter alleging violations of her civil rights by the named defendant. The defendant filed a motion to dismiss on March 4, 2016, pursuant to the Federal Rules of Civil Procedure. (ECF No. 6.) As of the date of this order, the plaintiff has failed to respond to the motion in accordance with Local Civil Rule 7.06 (D.S.C.). As such, it appears to the court that she does not oppose the motion and wishes to abandon this action.

Based on the foregoing, it is

**ORDERED** that the plaintiff shall advise the court as to whether she wishes to continue with this case and to file a response to the defendant's motion to dismiss within seven (7) days from the date of this order. Plaintiff is further advised that if she fails to respond, this action may be decided on the record presented in support of the defendant's motion, see Local Civil Rule 7.06 (D.S.C.), or may be recommended for dismissal with prejudice for failure to prosecute. See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

_____
March 23, 2016                                     Paige J. Gossett
Columbia, South Carolina                 UNITED STATES MAGISTRATE JUDGE