AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Cynthia J. Daniels ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:15-04371-JMC |
| ASCO Numatics ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Cynthia J. Daniels, take nothing of the defendant, ASCO Numatics and this case is dismissed pursuant to FRCP 12(b)(6).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having accepted the Report and Recommendation of Magistrate Judge Paige J. Gossett which grants the defendant's motion to dismiss.

*CLERK OF COURT*

Date: June 10, 2016

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*